KAYE SCHOLER LLP
PAMELA J. YATES, Bar Number 137440
1999 Avenue of the Stars, Suite 1700
Los Angeles, California 90067
Telephone: (310) 788-1000
Facsimile: (310) 788-1200

Attorneys for Defendants
Pharmacia and Upjohn Company LLC and Pfizer Inc.

STEBNER AND ASSOCIATES
Kathryn A. Stebner, Bar Number 121088
870 Market Street, Suite 1212
San Francisco, California 94102
Telephone: (415) 362-9800
Facsimile: (415) 362-9801

Attorneys for Plaintiff
Nancy Scorza

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| NANCY SCORZA, | ) | CASE NO. 2:08-CV-03050-LKK-GGH |
|---|---|---|
| Plaintiff, | ) | **STIPULATION TO EXTEND TIME TO APPEAR** |
| v. | ) | |
| WYETH, et al., | ) | |
| Defendant. | ) | |

It is STIPULATED by plaintiff and defendants Pharmacia & Upjohn Company LLC and Pfizer Inc. that the above-captioned action shall be STAYED for 60 days and that dates currently set by this Court be taken off calendar, pending transfer to the In re Prempro Prods. Liab. Litig. Multidistrict Litigation ("MDL") proceeding (MDL No. 1507) pending in the United States District Court for the Eastern District of Arkansas (the "MDL Court"). All deadlines including, but not limited to, defendants'

23261051.WPD

1 | time to file a responsive pleading shall be extended until 30 days after transfer to the
2 | MDL Court is effective, or as otherwise ordered by the MDL Court.
3 |
4 | Dated: January 16, 2009        KAYE SCHOLER LLP
5 |
6 |                                By:   /s/
                                      Pamela J. Yates
7 |                                Attorneys for Defendants
                                   PHARMACIA & UPJOHN COMPLANY LLC
                                   and PFIZER INC.
8 |
9 | Dated: January 15, 2009        STEBNER AND ASSOCIATES
10 |                               By:   /s/
                                      Kathryn A. Stebner
11 |                               Attorneys for Plaintiff
                                   NANCY SCORZA
12 |
13 |        IT IS SO ORDERED.
14 |
15 | Dated: January 26, 2009
16 |
17 |                                LAWRENCE K. KARLTON
                                    SENIOR JUDGE
18 |                                UNITED STATES DISTRICT COURT

KAYE SCHOLER llp

23261051.WPD

1 | PROOF OF SERVICE

2 | STATE OF CALIFORNIA    )
                          ) ss.
3 | COUNTY OF LOS ANGELES  )

4 | I am employed in the County of Los Angeles, State of California. I am over the age of 18 and not a party to the within action. My business address is Kaye Scholer LLP, 1999 Avenue of the Stars, Suite 1700, Los Angeles, California 90067-6048.

On **January 21, 2009,** I served the foregoing document described as **STIPULATION TO EXTEND TIME TO APPEAR** on the interested parties in this action by placing a true copy thereof enclosed in a sealed envelope addressed as follows:

**Counsel for Plaintiff**

Kathryn A. Stebner
Stebner and Associates
870 Market Street, Suite 1212
San Francisco, CA 94102

Michael L. Williams
Leslie O'Leary
Williams Love O'Leary Craine & Powers, P.C
9755 S.W. Barnes Road, Suite 450
Portland, OR 97225

Bryan O. Blevins, Jr.
Christopher T. Kirchmer
Provost Umphrey Law Firm
490 Park Street
P.O. Box 4905
Beaumont, TX 77704

**Local Counsel for Barr**

Michael P. Pulliam
Drinker Biddle & Reath LLP
50 Fremont Street, 20th Floor
San Francisco, CA 94105

__X__ **(BY MAIL)** In accordance with the regular mail collection and processing practices of this business office, with which I am familiar, by means of which mail is deposited with the United States Postal Service at Los Angeles, California that same day in the ordinary course of business, I deposited such sealed envelope for collection and mailing on this same date following ordinary business practices.

__X__ (Federal) I declare that I am employed in the office of a member of the bar of this court at whose direction the service was made.

Executed on **January 21, 2009**, at Los Angeles, California.

        SHELLA C. ANDERSON
_____        _____
            Name                         Signature

2

23261051.WPD